ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| RAMON A. ZANOLETTI, | ) | Case No. CV 11-09071 DOC (AN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RICK HILL, Warden of FSP, | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: November _18_, 2011

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE